FILED
2014 Jan-10 PM 01:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **JAMES E. HAND,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO.: |
| | ) 1:13-CV-233-VEH |
| | ) |
| **HILLCREST DAVIDSON &** | ) |
| **ASSOCIATES, LLC,** | ) |
| | ) |
| Defendant. | ) |

## ORDER DISMISSING CASE

All parties hereto have filed a Joint Stipulation of Dismissal With Prejudice, (doc. 15).  Therefore, the court **ORDERS** that this action and all claims contained herein are **DISMISSED WITH PREJUDICE**, costs taxed as paid.

**DONE** and **ORDERED** this 10th day of January, 2014.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge